JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAGECREST II, LLC, a Delaware Limited Liability Company,<br><br>       Plaintiff,<br><br>  vs.<br><br>THE VESSEL "CATALINA EXPLORER," in rem; CATALINA EXPLORER CO., INC., a California corporation; GLENN V. DILL, an individual; DONN S. DILL, an individual also known as Don S. Dill; TAMARA J. DILL, an individual; and BARBARA J. DILL, an individual,<br><br>       Defendants. | Case No. SACV08-00319 JVS (RNBx)<br><br>**JUDGMENT PURSUANT TO SETTLEMENT AGREEMENT**<br><br>**DATE: June 8, 2009**<br>**TIME: 1:30 p.m.**<br>**DEPT: 10-C**<br><br>**[Judge James V. Selna]** |

    On June 8, 2009, Plaintiff SageCrest II, LLC's ("SageCrest") Motion to Enforce Settlement and for Immediate Entry of Judgment was heard in the above-entitled Court, the Honorable James V. Selna, Judge presiding.  Mark M. Scott of Buchalter Nemer appeared on behalf of SageCrest.

1     After considering the pleadings and evidence presented and
2 the Settlement and Contingent Release Agreement between the
3 parties, the Court finds that Defendants Catalina Explorer Co.,
4 Inc., Glenn V. Dill, Donn S. Dill and Barbara J. Dill entered
5 into a written and complete settlement agreement which is
6 enforceable due to their default thereunder.  Accordingly, and
7 for good cause,
8     **IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**
9     1.   Plaintiff SageCrest II, LLC, a Delaware Limited
10 Liability Company shall recover from Defendant Catalina Explorer
11 Co., Inc., a California corporation; Defendant Glenn V. Dill, an
12 individual; Defendant Donn S. Dill, an individual also known as
13 Don S. Dill; and Defendant Barbara J. Dill, an individual; and
14 each of them, jointly and severally, the sum of $460,183.40.

16 DATED:  June 17, 2009            JUDGE OF THE SUPERIOR COURT